M. D. FUTCH, *Plaintiff in Error*, v. TAMPA PUBLISHING COMPANY, A CORPORATION, *Defendant in Error*.

Decision Filed November 18, 1922.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*C. J. Hardee* and *John B. Sutton*, for Plaintiff in Error;

*McKay & Withers*, for Defendant in Error.

PER CURIAM.—The judgment for defendant rendered herein upon sustaining a demurrer to a declaration for libel in a newspaper publication, is reversed on the authority of Land v. Tampa Times Pub. Co., 68 Fla. 546, 67 South. Rep. 130.

It is so ordered.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.